| | |
|---|---|
| MEI LEE, *an individual*, TEENA KANG, *an individual*,<br><br>            Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *a Delaware Corporation*; RECONTRUST COMPANY, N.A., *business entity unknown*; and DOES 1 through 20,<br><br>            Defendants. | Case No. CV09-9197 GW (AJWx)<br>Honorable George H. Wu<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: January 21, 2010<br>Time: 8:30 a.m.<br>Courtroom: 10<br><br>Complaint Filed: November 20, 2009<br>Trial Date: None |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

The motion of defendants Bank of America Corporation and ReconTrust Company, N.A. (**defendants**), to dismiss with prejudice plaintiffs, Mei Lee and Teena Kang (**plaintiffs**), complaint came for hearing before Judge George H. Wu on January 21, 2010 at 8:30 am. All parties were represented by counsel.

After having read and considered the papers in support of and in opposition to defendants' motion to dismiss plaintiffs' complaint, as well as all of the Court's files and papers, the Court finds that plaintiffs' complaint fails to state a claim for which

1  relief can be granted under Rule 12(b)(6).  Therefore, defendants' motion to dismiss is
2  **GRANTED** and plaintiffs' complaint is hereby dismissed with prejudice.
3      In particular, the Court finds as follows:
4      1.    Plaintiffs' claims are all barred as a matter of law because plaintiffs have not tendered the entire amount due on the loan, in contravention of California's tender rule.
7      2.    Defendant ReconTrust Company, N.A., is improperly named as a defendant in this lawsuit.
9      3.    Plaintiffs' first cause of action fails as California *Civil Code* § 2923.5 does not apply to defendants because the subject property is an investment property.
11     4.    Plaintiffs' first cause of action fails as because defendants exercised due diligence under California *Civil Code* § 2923.5.
13     5.    Plaintiffs are not entitled to relief under California *Civil Code* section 1632 because defendants were not required to provide plaintiff with translated RESPA and TILA disclosures.
16     6.    Plaintiffs are not entitled to declaratory relief.
17     7.    Plaintiffs' second cause of action for an accounting fails because there does not exist a fiduciary relationship between plaintiffs and defendants.
19     8.    Good cause appearing, defendants' motion to dismiss is **GRANTED** without leave to amend.

22  Dated: _____, 2010      By: _____
                                              Judge George H.